NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTELLECTUAL VENTURES I LLC,**
*Plaintiff-Appellant*

v.

**SYMANTEC CORP.,**
*Defendant-Cross-Appellant*

**TREND MICRO INCORPORATED, TREND MICRO, INC. (USA),**
*Defendants-Appellees*

---

2015-1769, -1770, -1771

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:10-cv-01067-LPS and 1:12-cv-01581-LPS, Chief Judge Leonard P. Stark.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the unopposed motion of Trend Micro Incorporated and Trend Micro, Inc. (USA) to modify the official caption,

IT IS ORDERED THAT:

The motion is granted. The revised, official caption is reflected above.

                                              FOR THE COURT

                                              /s/ Daniel E. O'Toole
                                              Daniel E. O'Toole
                                              Clerk of Court

s31